IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00539 JD |
| PLAINTIFF, | [~~PROPOSED~~] ORDER |
| v. | |
| JUSTIN REDDIC | |
| DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation dated January 24, 2017, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 22, 2017, at 9:30 a.m., before the Honorable James Donato, for status.

The Court further finds that failing to exclude the time between the date of this filing and February 22, 2017, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between now and February 22, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

CR 16-00539 JD
Stip. to Continuance

1

1  Accordingly, IT IS FURTHER ORDERED that the time between today's date and February

2  22, 2017, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

3  § 3161(h)(7)(B)(iv).

5  IT IS SO ORDERED.

7  DATED: _ Lcpwct{"46."4239

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

APPROVED
Judge James Donato

CR 16-00539 JD
Stip. to Continuance

2