BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ZINZI BONILLA (TXBN 24066521)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3932
    FAX: (510) 637-3724
    Email: zinzi.bonilla@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN DANIEL REDDIC,<br><br>    Defendant. | NO. CR 16-00539 JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 22, 2017 TO JUNE 14, 2017.** |

    The parties appeared before the Honorable James Donato on February 22, 2017, for a status conference before the district court. With the agreement of counsel for the parties and the defendant, the Court found and held as follows:

    1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 22, 2017 to June 14, 2017. Failure to grant the requested continuance would unreasonably deny the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00539 JD

1  speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2       3.       Accordingly, and with the consent of the defendant, the Court ordered that the above-
referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C.
§ 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

           IT IS SO STIPULATED.

DATED: February 24, 2017                         /s/
                                                 NED SMOCK
                                                 Counsel for Justin Daniel Reddic


DATED: February 24, 2017                         /s/
                                                 ZINZI BONILLA
                                                 Special Assistant United States Attorney


           IT IS SO ORDERED.

DATED:  February 24, 2017                        _____
                                                 HON. JAMES DONATO
                                                 United States District Judge

APPROVED
Judge James Donato

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00539 JD